**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **KATIE ABEL,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE CORPORATION OF MERCER UNIVERSITY,**<br><br>**Defendant.** | **Case No. ________________** |

## COMPLAINT

COMES NOW, Plaintiff Katie Abel ("Plaintiff"), by and through her undersigned counsel, and files this, her Complaint for Damages, and shows the Court as follows:

## NATURE OF COMPLAINT

1.

Plaintiff brings this action against Defendant for alleged violations of Plaintiff's rights under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, as amended, to remedy alleged violations of the overtime provisions of the Act by Defendant which have allegedly deprived the named Plaintiff of her lawful wages.

2.

This action is brought to recover unpaid overtime compensation allegedly owed to Plaintiff pursuant to the FLSA between August 2025 and March 2, 2026. During that time, Plaintiff was employed by Defendant at its location in Macon, Georgia.

3.

During the relevant period of time, Plaintiff contends Defendant committed violations of the FLSA by failing to compensate Plaintiff at an overtime rate for hours worked in excess of 40 hours in a given workweek.

4.

Plaintiff seeks unpaid compensation for work performed, an equal amount of liquidated damages, and attorney's fees pursuant to 29 U.S.C. § 216(b).

## JURISDICTION AND VENUE

5.

This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question jurisdiction) as this action is being brought under the Federal Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ( FLSA ).

6.

Venue is proper in the Middle District of Georgia under 28 U.S.C. § 1391 (b)-(c) because the alleged acts complained of occurred within this District, because Defendant conducts business within this District, and because Defendant's principal place of business is within this District.

## PARTIES

7.

Plaintiff Katie Abel resides in Macon, Georgia. She was employed by Defendant as an hourly, nonexempt employee. She worked for Defendant within this District. At all times relevant to this action, Plaintiff was an "employee" of Defendant as defined by 29 U.S.C. § 203(e)(1) of the FLSA.

8.

Defendant is a domestic nonprofit corporation with its principal place of business in Macon, Georgia, and conducts business within this State and District. Defendant operates a private university.

9.

Defendant is subject to personal jurisdiction in the State of Georgia for purposes of this lawsuit and can be served through its registered agent, Matthew R. Hall at 1501 Mercer University Drive, Macon, GA 31207-0001, USA.

10.

At all times relevant to this action, Defendant was an "employer" of the named Plaintiff in this action, as defined by 29 U.S.C. § 203(d) of the FLSA.

11.

The overtime provisions set forth in 29 U.S.C. § 207 of the FLSA apply to Defendant.

**ALLEGATION VIOLATIONS OF THE FLSA**

**COUNT I: ALLEGED UNPAID OVERTIME COMPENSATION**

12.

Defendant employed Plaintiff at its Macon, Georgia location.

13.

Plaintiff contends that Defendant did not pay her overtime compensation for each workweek from August 2025 through March 2, 2026 for which she worked in excess of 40 hours.

14.

During each week of Plaintiff s employment with Defendant from August 2025 through March 2, 2026, Plaintiff contends she worked in excess of 40 hours per week, but was only

compensated for 40 hours of work per week. Plaintiff contends she worked 10 additional hours each workweek for which she claims she was not compensated.

15.

Plaintiff seeks unpaid overtime compensation for at least 10 hours per week for the time period August 2025 through March 2, 2026. Plaintiff also seeks liquidated damages and her attorney's fees.

**PRAYER FOR RELIEF**

WHEREFORE, the named Plaintiff, pursuant to 29 U.S.C. § 216(b) of the FLSA, prays for the following relief:

(a) That Plaintiff be awarded damages in the amount of her unpaid overtime compensation, plus an equal amount of liquidated damages and

(b) That Plaintiff be awarded her attorney's fees associated with this action.

Respectfully submitted this 17th day of September, 2026.

**Tyler B. Kaspers**
Georgia Bar No. 445708
Counsel for Plaintiff

**THE KASPERS FIRM, LLC**
152 New Street, Suite 109B
Macon, GA 31201
(404) 944-3128
tyler@kaspersfirm.com